AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

| | |
|---|---|
| United States of America<br>v.<br>DELANGE AUGUSTIN<br><br>*Defendant(s)* | )<br>)<br>)   Case No.<br>)            4:25mj23-CLR<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 10, 2025__ in the county of __Chatham__ in the __Southern__ District of __Georgia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 49, United States Code, Section 46504 | Interference with flight crew members |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

/s/Savannah Solomon
*Complainant's signature*

SA Savannah Solomon, FBI
*Printed name and title*

Sworn to and signed by telephone.

Date: March 11, 2025

*Judge's signature*

City and state: Savannah, GA

Christopher L. Ray, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Savannah Solomon, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2501(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for offenses enumerated in Titles 18 and 21, United States Code. I make this affidavit in support of a complaint for arrest of the subject listed below for violations of Title 49, United States Code, Section 46504 Interference with flight crew members (the subject offense).

2. I am a special agent with the Federal Bureau of Investigation ("FBI") and have been since September 2018. I am currently assigned to the Resident Agency ("RA") located in Savannah, Georgia, which is a sub-office of the FBI's Atlanta Field Office, and have been assigned here since February 2019. I entered on duty with the FBI in September 2010 as a staff operations specialist in the FBI's Charlotte Field Office, where I provided intelligence support to significant public corruption, counterespionage, and violent gang investigations. I was recognized for "Excellence in Policing" by the Charlotte-Mecklenburg Police Department due to my work on a major gang conspiracy investigation. In January 2016, I received a joint duty assignment to the International Organized Crime Intelligence and Operations Center

1

("IOC-2") at the Organized Crime Drug Enforcement Task Force Fusion Center ("OFC") in Merrifield, Virginia. Since 2010, I have received training and experience in conducting criminal investigations including interview and interrogation techniques, arrest procedures, search and seizure procedures, and search warrant applications. In that time, I have most consistently worked gang, drug, and conspiracy investigations. I have served as the Savannah Airport Airport Liaison Agent since approximately 2020.

3.   The information provided in this affidavit is based on my personal knowledge, observations made during the course of this investigation, and information conveyed to me by other law enforcement officials. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. I have set forth only the facts and circumstances that I believe are necessary to establish probable cause to believe that DELANGE AUGUSTIN violated the subject offense on or about March 10, 2025.

**PROBABLE CAUSE**

4.   Your affiant describes the subject of this investigation as Delange Augustin, date of birth February 5, 1994, a black male of Haitian decent.

**BACKGROUND**

5.   On March 10, 2025, at approximately 08:13pm, American Airlines flight operated by Envoy Air, ENY 4162, departed from Savannah Hilton Head

2

International Airport, carrying approximately eight passengers and five crew members. The intended destination was Miami International Airport. No unusual or concerning behavior had been observed or reported by any of these individuals.

6.  Less than one minute after take-off, Flight Attendant 1 observed the passenger in the economy bulkhead, seat C, identified as DELANGE AUGUSTIN, in what appeared to be a fit of epilepsy. All witnesses noted stomping, incoherent yelling, and shaking. Flight Attendant 1 and Flight Attendant 2 met at the bulkhead to check on AUGUSTIN. When Flight Attendant 2 approached AUGUSTIN to check his welfare, AUGUSTIN turned in his seat, lifted his legs, and kicked Flight Attendant 2 in the chest. The force of this kick sent Flight Attendant 2 across the aisle, across the row of seats, and into the far window. This caused pain, and Flight Attendant 2 noted shallow breathing for several minutes. Flight Attendant 1 noted that they had initially believed AUGUSTIN was having a medical issue, but AUGUSTIN's choices appeared purposeful, though difficult to describe. Both flight attendants were scared.

7.  The pilots heard the commotion from the closed cockpit. The pilots and the flight attendants conferred and agreed to return to Savannah. During this conferring, AUGUSTIN increased in agitation, punching and kicking the seat and passenger in front of him (seat 4A). The passenger moved. AUGUSTIN's continued kicking collapsed the chair [See below photos]. When the return trip announcement was made, Augustin calmed down.

3



8.     Upon landing and taxiing to the gate, Flight Attendant 1 asked all passengers to remain seated, and Flight Attendant 1 initiated door disarmament procedures. Before the boarding door was opened, AUGUSTIN removed his seatbelt and "stormed the front" while clutching his sister (and traveling companion) to him. When AUGUSTIN made it to the front, he cornered Flight Attendant 1 in the galley and threw several "haymakers", at least one of which belted her upper arm. Three passengers intervened, pulling Augustin (and his traveling companion) to the ground. Airport Police then boarded the plane and subdued AUGUSTIN using less than lethal force.

9.     AUGUSTIN was transported to the hospital by EMS for evaluation due to the above-described activities and the ingestion of rosary beads. Shortly thereafter, he was discharged to the Chatham County Detention Center.

10.    Both flight attendants were evaluated by EMS and refused hospital transport. Both flight attendants expressed fear, terror, shock, and physical pain. They felt targeted as though AUGUSTIN had the "intent to harm flight attendants."

4

11.     Flight ENY 4162 again departed Savannah after incurring a 181 minute delay and requiring refueling.  Two passengers in addition to AUGUSTIN did not continue to Miami.

12.     Your affiant spoke with Medjina Augustin, who identified herself as AUGUSTIN's sister and traveling companion. Medjina advised the following.  The siblings were on their way to Haiti to flee religious attacks of a spiritual nature.  The evil comes out in the darkness, and Medjina had never experienced as much darkness as was on the plane that evening.  She was not surprised that AUGUSTIN had hurt anyone because he hurts evil.  Medjina can feel the spiritual fight but cannot see, so she prays.  On the plane, AUGUSTIN told Medjina to close her eyes and pray because Satan's disciple(s) had followed them onto the plane and the legion did not want the Augustins to make it to Haiti.  AUGUSTIN told Medjina to never let go so she could not be taken away, and she prayed throughout the battle.  AUGUSTIN swallowed the rosary beads because they are a weapon of strength in the spiritual warfare. Medjina indicated AUGUSTIN was not suffering from any medical or mental health issue or impairment.  Rather, AUGUSTIN needed to fight for both him and his sister.

*Continues of the following page*

## CONCLUSION

13. Based on the above facts and circumstances, I believe sufficient probable cause exists to arrest DELANGE AUGUSTIN for violation of Title 49, United States Code, Section 46504 Interference with flight crew members (the subject offense).

Respectfully submitted,

**/s/Savannah Solomon**
SAVANNAH SOLOMON
Special Agent
Federal Bureau of Investigation

Sworn to and signed by telephone this 11th day of March, 2025.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE